UNITED STATES DISTRICT COURT

**FILED**

JUN 0 3 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 11-148 (ESH) |
| ) | |
| LUIS BARAJAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

In a hearing before Magistrate Judge Kay on May 16, 2011, defendant Luis Barajas

entered a plea of guilty. On May 18, 2011, the magistrate judge issued a Report and

Recommendation advising the Court to accept defendant's plea. The Court has received no

objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file

for consideration by the district judge written objections to the magistrate judge's proposed

findings and recommendations . . . within fourteen (14) days after being served with a copy

thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge

and accepts defendant's guilty plea.

**SO ORDERED.**

ELLEN SEGAL HUVELLE
United States District Judge

Date: June 2, 2011